# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1691

_____

MEDALLION LAND HOLDINGS, LLC, G & M PROPERTIES OF DESTIN, LLC, C & S DEVELOPMENT GROUP, LLC, RONALD W. FRIESEN, P.A., PAUL DAVIDSON, and JACKSON COMMERCE, LLC,

     Appellants,

     v.

LUIS E. YERBY as Trustee of Freeport United Methodist Church; ALBERT WILSON as Trustee of Freeport United Methodist Church; KIMBERLY MILLER as Trustee of Freeport United Methodist Church; MARK SMITH as Trustee of Freeport United Methodist Church; GEORGE JACKETT as Trustee of Freeport United Methodist Church; SUSAN VETTER, as Trustee of Freeport United Methodist Church; JOYCE DICKEY as Trustee of Freeport United Methodist Church,

     Appellees.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

October 9, 2025

PER CURIAM.

DISMISSED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ben Gordon and Anne N. Izzo of AnchorsGordon, P.A., Fort Walton
Beach, for Appellants.

No appearance for Appellees.